O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THOMAS CONIGLIARO and VERIFY, LLC, | Case No. 2:13-cv-02353-ODW(JCGx) |
|---|---|
| Plaintiffs, | **ORDER DIRECTING DEFENDANTS TO ANSWER OR OTHERWISE RESPOND** |
| v. | |
| MARK YEH and M.Y. PARTNERS, LTD., | |
| Defendants. | |

The Court received this action on April 2, 2013, after New Jersey District Judge Faith S. Hochberg ordered it transferred here under 28 U.S.C. § 1404(a).  (ECF No. 31.)  The parties appear not to have taken any further action in this case since then, save for attorney Peter Ginsberg applying to appear pro hac vice.  Defendants are hereby **ORDERED** to answer or otherwise respond to Plaintiff's Complaint no later than May 31, 2013.

**IT IS SO ORDERED.**

May 22, 2013

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**